THOMAS E. ROBERTSON, PLAINTIFF, v. CUBA BROWN ET AL., DEFENDANTS.

Submitted January term, 1929—Decided April 19, 1929.

Before Justices BLACK, CAMPBELL and CASE.

For the rule, *Charles W. Weeks.*

*Contra, Jayne & McCloskey.*

PER CURIAM.

This action was brought to recover compensation for personal injuries. The injuries sued for occurred to the plaintiff on July 30th, 1927, while he was riding a bicycle along Monmouth avenue, in the township of Lakewood. The defendant Cuba Brown was operating an auto truck belonging to the defendant Harry T. Theobold, which collided with the plaintiff's bicycle, causing the injuries complained of. Negligence of the defendants is alleged in the complaint.

The trial resulted in a verdict for the plaintiff for $10,000. The defendant obtained a rule to show cause and writes down seventeen reasons for the granting of a new trial. We find no substantial reason for disturbing the verdict of the jury. The rule to show cause is therefore discharged.